UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-81602-MARRA

JAMES MEARS,

     Plaintiff,

vs.

ROMARISN INC. and
786 SUMMIT PLAZA INC.,

     Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITHOUT PREJUDICE

Plaintiff, JAMES MEARS ("Plaintiff"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses Defendants, ROMARISN INC. and 786 SUMMIT PLAZA INC ("Defendants"), from this action without prejudice.

Respectfully submitted this 25th day of May, 2017.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
150 Swinton Ave, Suite 101
Delray Beach, FL 33444
Tele: (561) 807-7388
Fax: (561) 807-7198
schapiro@schapirolawgroup.com

1
SCHAPIRO LAW GROUP, P.L.
150 Swinton Ave., Suite 101, Delray Beach, FL 33444 • Tel (561) 807-7388 • Fax (561) 807-7198

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on May 25, 2017 upon all counsel or parties.

/s/ Douglas S. Schapiro, Esq.
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
150 Swinton Ave, Suite 101
Delray Beach, FL 33444
Tele: (561) 807-7388
Fax: (561) 807-7198
schapiro@schapirolawgroup.com

SCHAPIRO LAW GROUP, P.L.
150 Swinton Ave., Suite 101, Delray Beach, FL 33444 • Tel (561) 807-7388 • Fax (561) 807-7198