UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81602-CIV-MARRA

JAMES MEARS

    Plaintiff,

v.

ROMARISN INC and
786 SUMMIT PLAZA INC.

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice **(DE 16)**, filed on May 25, 2017. The Court has carefully reviewed the Notice and the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE** this case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, this 26th day of May, 2017.

_____
KENNETH A. MARRA
United States District Judge